### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JUSTIN COLLINS**                                                                 **PLAINTIFF**

**v.**                                    **Case No. 4:26-cv-00287-KGB**

**VANESSA FANG,** *et al.*                                              **DEFENDANTS**

### JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Justin Collins's complaint is dismissed without prejudice.  The relief sought is denied.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken in this action is considered frivolous and not in good faith.

It is so adjudged this 12th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge